# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| STEVEN LAWSON, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | Case No.: 07-cv-534-jcs |
| v. | |
| FEDERAL BUREAU OF PRISONS and HARLEY G. LAPPIN, | |
| Defendants. | |

This action came for consideration before the court with DISTRICT JUDGE JOHN C. SHABAZ presiding. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

THAT JUDGMENT IS ENTERED IN FAVOR OF DEFENDANTS AGAINST PLAINTIFF DISMISSING HIS COMPLAINT AND ALL CLAIMS CONTAINED THEREIN WITH PREJUDICE.

Approved as to form this 23rd day of January, 2008.

_____
JOHN C. SHABAZ
DISTRICT JUDGE

Copy of this document has been provided to: _____
_____
this ___ day of ____, 20__
by _____
M. Hardin, Secretary to
Judge John C. Shabaz

_____
Theresa M. Owens, Clerk
by Deputy Clerk

1/24/08
Date